FILED
IN CLERKS OFFICE.

2004 JUL 13 P 12: 14

United States District Court

1 Courthouse way , Suit 2300
Boston, Ma 02210

U.S. DISTRICT COURT
DISTRICT OF MASS.

Nasser Kamali          7-12-2004
29 Maple Ave.
Sharon,Ma 02067
781-784-3788

Attn: Mark Barrette

Case Number:04-11407 GAO

Request for extention of time

    I would like to request an extention of time to file an answer to the complaint for forteen(14) days.

since I discused with Nancy Rojas, that I am expecting information from the Direct Laon as to any payment made on the account. I thank you in advance.

sincerely,

Nasser Kamali