FILED
IN CLERKS OFFICE

2004 JUL 26  P 12: 52

U.S. DISTRICT COURT
DISTRICT OF MASS

U.S.district Court
1 Courthouse Way   Suit 2300
Boston, Ma   02210

Nasser Kamali    7-23-2004
29 Maple Ave.
Sharon, Ma   02067

Case # :04-11407 GAO

An answer to a complaint

I hereby respond to a complaint.

1. I admit jurisdiction
2. I admit residing in 29 Maple Ave., Sharon, Ma 02067
3. I do not know about the principle amount of $ 247,093.86  I do admit, however; signing a promissory note for the amount of $80,000.00 from August of 1986 thru January of 1991.
4. I admit failing to repay the above sum.

I would like to resolve this issue, and the hope that, the judgment against me can be avoided. I thank you in advance.

a copy is faxed to Nancy Rojas, # :617-748-3972


Sincerely,

Nasser Kamali