UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COURT NO. 04-11407-GAO |
| | ) | |
| NASSER KAMALI, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREEMENT FOR JUDGMENT**

The plaintiff, the United States of America, and the defendant, Nasser Kamali (hereinafter "Kamali"), hereby agree to entry of judgment against Kamali in the amount of $251,661.46, which includes the principal amount of $247,093.86; plus $4,567.60 accrued interest at the rate of 4.0 percent on the debt through and including September 27, 2004, with interest at the legal post-judgment interest rate on the amount of this judgment from the date of its entry to the date of its satisfaction.

1. The United States and Kamali agree to entry of this judgment on the following terms and conditions:

    a. Kamali will make monthly payments in the amount of $150.00 commencing on November 15, 2004.

    b. Interest of 2.14 percent shall accrue until paid in full.

    c. In no event shall the monthly payments be less than $150.00.

    d. This payment schedule will be evaluated at least annually and may be modified based on the documented financial condition of Kamali.

2. Kamali is required to submit a personal financial statement, which is issued by the Department of Justice, on or before the judgment anniversary date of each year. It shall be the responsibility of Kamali to obtain a copy of the personal financial statement from the

United States Attorney's Financial Litigation Unit.

3. All payments are due by the 15th day of each month. There is a grace period of five (5) days including holidays and Sunday to make monthly payments

4. A material default occurs if Kamali fails to satisfy any of the conditions set forth in paragraph 1 through 3.

5. A material default also occurs if Kamali makes any false statements to the United States regarding Kamali's financial condition.

6. IF A MATERIAL DEFAULT OCCURS, THE TERMS OF PARAGRAPH ONE (1) ARE VOID AND THE ENTIRE AMOUNT OF JUDGMENT IS DUE IMMEDIATELY. THE UNITED STATES WILL USE ALL REMEDIES TO COLLECT THE FULL AMOUNT OF THE JUDGMENT, INCLUDING THOSE PURSUANT TO THE FEDERAL DEBT COLLECTIONS PROCEDURES ACT.

7. Upon entry of the judgment, the United States may take whatever action is necessary to perfect a lien on such judgment under federal and state law.

FOR THE PLAINTIFF:
Dated: September 28, 2004

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3288

FOR THE DEFENDANT:
Dated: October 1st, 2004

*[signature]*
NASSER KAMALI

2