UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
    Plaintiff(s)

v.              CIVIL ACTION NO. 04-11407-GAO

NASSER KAMALI
    Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**G** **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to an Agreement for Judgment, the plaintiff( United States of America) agrees to entry of judgment against Kamali in the amount of $251,661.46, which includes the principal amount of $247,093.86; plus $4,567.60 accrued interest at the rate of 4.0 percent on the debt through and including 9/27/04, with interest at the legal post-judgment interest rate on the amount of this judgment from the date of its entry to the date of its satisfaction.

TONY ANASTAS,
CLERK OF COURT

Dated: 11/12/04          By Paul S. Lyness
                    Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
           Plaintiff(s)

v.     CIVIL ACTION NO. 04-11407-GAO

NASSER KAMALI
           Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

G   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to an Agreement for Judgment, the plaintiff( United States of America) agrees to entry of judgment against Kamali in the amount of $251,661.46, which includes the principal amount of $247,093.86; plus $4,567.60 accrued interest at the rate of 4.0 percent on the debt through and including 9/27/04, with interest at the legal post-judgment interest rate on the amount of this judgment from the date of its entry to the date of its satisfaction.

TONY ANASTAS,
CLERK OF COURT

Dated: 11/12/04                            By   Paul S. Lyness
                                                                Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                                                          [jgm.]

Case 1:04-cv-11407-GAO     Document 5     Filed 11/12/2004     Page 3 of 4

(Judgment Civil.wpd - 11/98) [jgm.]